# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
VENUE: SAN JOSE

FILED

MAY 1 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

NAM NGUYEN,
JIMMY NGUYEN,
HUY NGO, AND
KIM MAI

CR 07 0289

RMW HRL

~~SEALED~~
~~BY COURT ORDER~~

DEFENDANT.

## INDICTMENT

21 U.S.C. Sections 846, 841(b)(1)(C) - Conspiracy to Possess with Intent to Distribute and to Distribute MDMA

21 U.S.C. Section 841(a),(b)(1)(C) - Possession with Intent to Distribute MDMA

21 U.S.C. Section 843(b) - Use of a Communications Facility to Facilitate Drug Trafficking

A true bill.

_____ Foreman

Filed in open court this _____ day of

_____

Clerk

Bail, $ no bail arrest warrant

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3

4                                                    ORIGINAL
                                                     FILED
5                                                    MAY 1 0 2007
                                    SEALED           RICHARD W. WIEKING
6                             BY COURT ORDER          CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA       RMW  HRL

10                        SAN JOSE DIVISION

11                                              CR  07    0289

12  UNITED STATES OF AMERICA,            )    No.
                                         )
13         Plaintiff,                    )    VIOLATIONS: 21 U.S.C. §§ 846,
                                         )    841(b)(1)(C) – Conspiracy to Possess With
14      v.                               )    Intent to Distribute, and to Distribute, 3,4
                                         )    methylenedioxymethamphetamine
15  NAM NGUYEN,                          )    (MDMA); 21 U.S.C. §§ 841(a), (b)(1)(C) –
    JIMMY NGUYEN,                        )    Possession with Intent to Distribute 3,4
16  HUY NGO, and                         )    methylenedioxymethamphetamine
    KIM MAI,                             )    (MDMA); 21 U.S.C. § 843(b) –  Use of a
17                                       )    Communications Facility to Facilitate Drug
           Defendants.                   )    Trafficking
18                                       )
                                         )    SAN JOSE VENUE
19  _____ )

20                          I N D I C T M E N T

21  The Grand Jury charges:

22  COUNT ONE:       (21 U.S.C. §§ 846, 841(b)(1)(C) – Conspiracy to Possess With Intent to
                     Distribute, and to Distribute MDMA)
23

24        Beginning at a time unknown to the grand jury, but no later than September 2006,

25  through on or about September 29, 2006, in the Northern District of California, the defendants,

26                               NAM NGUYEN;
                              JIMMY NGUYEN; and
27                                  HUY NGO,

28  did knowingly and intentionally conspire with others known and unknown to distribute, and

1  possess with intent to distribute, a Schedule I controlled substance, namely, 3,4

2  methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code,

3  Sections 846, 841(b)(1)(C).

4

5  COUNT TWO:        (21 U.S.C. §§ 841(a), (b)(1)(C) – Possession with Intent
                     to Distribute MDMA)

6

7        On or about September 29, 2006, in the Northern District of California, the defendant,

8                                     NAM NGUYEN

9  did knowingly and intentionally possess with intent to distribute a Schedule I controlled

10  substance, namely, approximately 596.5 grams of a mixture and substance containing a

11  detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), in violation of Title 21,

12  United States Code, Sections 841(a)(1), (b)(1)(C).

13  COUNT THREE:      (21 U.S.C. § 843(b) – Use of a Communications Facility to Facilitate
                      Drug Trafficking)

14

15       On or about September 23, 2006, in the Northern District of California, the defendant,

16                                      KIM MAI,

17  did knowingly use a telephone to facilitate a felony drug trafficking offense to wit: distribution

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

INDICTMENT                          2

1    of 3,4 methylenedioxymethamphetamine, in violation of Title 21, United States Code, Section

2    843(b).

3

   DATED: *May 10, 2007*                A TRUE BILL.

4

5                                         _____

                                        FOREPERSON

6

7

8    SCOTT N. SCHOOLS
     United States Attorney

9

10    _____
     MARK L. KROTOSKI

11    Chief, Criminal Division

12    (Approved as to form: _____)

13                          AUSA JERICH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   INDICTMENT                              3

AO 257 (Rev. 6/78)

**FILED**

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

21 USC 846, 841(b)(1)(C)
21 USC 841(a)(1) (b)(1)(C)
21 USC 843(b)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**SEALED BY COURT ORDER**

PENALTY:
Ct. 1: max term 20 yrs.; sup. rel. 3 yrs.; $1,000,000 fine; $100 special assessment
Ct. 2: same as Count 1
Ct. 3: max term 4 yrs.; sup. rel 1 yr.; $250,000 fine; $100 s.a.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── **DEFENDANT - U.S.** ───

▶ Nam Nguyen, Jimmy Nguyen, Kim Mai & Huy Ngo

DISTRICT COURT NUMBER

**CR  07    0289**

─── **PROCEEDING** ───
Name of Complainant Agency, or Person (&Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Susan R. Jerich

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No
If "Yes" give date filed    Month/Day/Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: under seal/no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: _____