1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA 94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   JIMMY NGUYEN

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,         CASE NO. CR-07-00289 RMW

12              Plaintiff,           STIPULATION RE TRAVEL
                                     REQUEST OF DEFENDANT
13     vs.                           JIMMY NGUYEN AND
                                     [proposed] ORDER THEREON
14 JIMMY NGUYEN,

15              Defendant.

16

17     ITS IS HEREBY STIPULATED, by and between SUSAN R. JERICH, ESQ., attorney

18 for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for

19 Defendant JIMMY NGUYEN, that Mr. NGUYEN be allowed to travel outside of the Northern

20 District of California, on June 21, 2008 through June 27, 2008, to the islands of Oahu and

21 Maui in the State of Hawaii.

22     The purpose of this trip is for the Defendant and his family (father, mother and sister)

23 to celebrate Mr. Nguyen's parents' 25th wedding anniversary.

24     I have contacted the Pretrial Services Officer for Mr. NGUYEN, Ms. Laura Weigel,

25 and she does not have any objection to this travel request.

26     IT IS SO STIPULATED.

27

28

1  DATED: June 12, 2008                    CAREY & CAREY

2

3                                          _____/s/_____
                                            ROBERT E. CAREY, JR. Attorneys for
4                                           Defendant JIMMY NGUYEN

5

6  DATED:    6/12    , 2007                UNITED STATES OF AMERICA

7

8                                          _____/s/_____
                                            SUSAN R. JERICH    , Attorneys
9                                           for Plaintiff

10

11

12

13                                ORDER

14      GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and

15  decreed, that Mr. NGUYEN be allowed to travel to and from (and within) the State of

16  Hawaii, from June 21, 2008 through June 27, 2008.

17

18  DATED: _____, 2008           _____
                                            PATRICIA V. TRUMBULL
19                                          MAGISTRATE-JUDGE OF THE
                                            U.S. DISTRICT COURT