1 | ROBERT E. CAREY, JR., ESQ. (SBN 47556)
  | CAREY & CAREY
2 | 706 COWPER STREET
  | P.O. BOX 1040
3 | PALO ALTO, CA  94302-1040
  | 650/328-5510
4 | 650/853-3632 FAX

5 | Attorneys for Defendant
  | JIMMY NGUYEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00289 RMW |
|---|---|
| Plaintiff, | STIPULATION RE TRAVEL REQUEST OF DEFENDANT JIMMY NGUYEN AND [proposed] ORDER THEREON |
| vs. | |
| JIMMY NGUYEN, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between SUSAN R. JERICH, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JIMMY NGUYEN, that Mr. NGUYEN be allowed to travel outside of the Northern District of California, on June 21, 2008 through June 27, 2008, to the islands of Oahu and Maui in the State of Hawaii.

The purpose of this trip is for the Defendant and his family (father, mother and sister) to celebrate Mr. Nguyen's parents' 25th wedding anniversary.

I have contacted the Pretrial Services Officer for Mr. NGUYEN, Ms. Laura Weigel, and she does not have any objection to this travel request.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: June 12, 2008 | CAREY & CAREY |
| 2 | | |
| 3 | | /s/ |
| 4 | | ROBERT E. CAREY, JR. Attorneys for Defendant JIMMY NGUYEN |
| 5 | | |
| 6 | DATED: ___6/12___, 2007 | UNITED STATES OF AMERICA |
| 7 | | |
| 8 | | /s/ |
| 9 | | SUSAN R. JERICH , Attorneys for Plaintiff |

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. NGUYEN be allowed to travel to and from (and within) the State of Hawaii, from June 21, 2008 through June 27, 2008.

DATED: ___6/17___, 2008

PATRICIA V. TRUMBULL
MAGISTRATE-JUDGE OF THE
U.S. DISTRICT COURT