***E-FILED *__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00289-RMW
*(Case is Related to CR-07-00290-RMW)*

**TITLE:** UNITED STATES OF AMERICA    -v- NAM NGUYEN, JIMMY NGUYEN,
   **APPEARANCES:**           HUY NGO & KIM MAI    (P) (C)

**PLTF:** AUSA: D. Callaway for S. Jerich    **DEFT:** G. Braun for D. Johnson, J. Fong,
                B. Carey, J. Gordon, G. Braun

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government to provide the defense with proposed plea agreements. The Court continued this matter to 7/14/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on ongoing settlement discussions. Time is excluded to 7/14/08. Government to prepare exclusion order. Government counsel shall personally appear at the next hearing.**

   */s/ Jackie Garcia*
      **JACKIE GARCIA**
   **Courtroom Deputy**