ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JIMMY NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00289 RMW |
|---|---|
| Plaintiff, | STIPULATION RE TRAVEL REQUEST OF DEFENDANT JIMMY NGUYEN AND [proposed] ORDER THEREON |
| vs. | |
| JIMMY NGUYEN, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between SUSAN R. JERICH, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JIMMY NGUYEN, that Mr. NGUYEN be allowed to travel on January 11, 2009 and return on January 17, 2009, to travel to Atlanta, Georgia, for purposes of his employment.

I have contacted the Pretrial Services Officer for Mr. NGUYEN, Ms. Laura Weigel, and she does not have any objection to this travel request.

IT IS SO STIPULATED.

DATED: January 6, 2009           CAREY & CAREY


                                 /s/
                                 ROBERT E. CAREY, JR. Attorneys for
                                 Defendant JIMMY NGUYEN

DATED: ___1/6___, 2009          UNITED STATES OF AMERICA

                                 _____/s/_____
                                 SUSAN R. JERICH, Attorneys
                                 for Plaintiff

                                     ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. NGUYEN be allowed to travel for employment purposes to Atlanta, Georgia for the period January 11, 2009 through January 17, 2009.

DATED: ___1/6___, 2009          _____/s/ Patricia V. Trumbull_____
                                 PATRICIA V. TRUMBULL
                                 MAGISTRATE-JUDGE OF THE
                                 U.S. DISTRICT COURT