1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA 94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for Defendant
   JIMMY NGUYEN
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        CASE NO. CR-07-00289 RMW

12              Plaintiff,          STIPULATION RE TRAVEL
                                    REQUEST OF DEFENDANT
13    vs.                           JIMMY NGUYEN AND
                                    [proposed] ORDER THEREON
14 JIMMY NGUYEN,

15              Defendant.

16

17    ITS IS HEREBY STIPULATED, by and between SUSAN R. JERICH, ESQ., attorney

18 for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for

19 Defendant JIMMY NGUYEN, that Mr. NGUYEN be allowed to travel on September 1, 2009

20 and return on September 6, 2009, to travel to Honolulu, Hawaii, for a family trip with his

21 parents.

22    I have contacted the Pretrial Services Officer for Mr. NGUYEN, Ms. Laura Weigel,

23 and she does not have any objection to this travel request.

24    IT IS SO STIPULATED.

25 DATED: August 25, 2009          CAREY & CAREY

26

27                                 /s/
                                   ROBERT E. CAREY, JR. Attorneys for
28                                 Defendant JIMMY NGUYEN

| | | |
|---|---|---|
| 1 | DATED: ___8/25___, 2009 | UNITED STATES OF AMERICA |

/s/
SUSAN R. JERICH, Attorneys
for Plaintiff

ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that Mr. NGUYEN be allowed to travel to Honolulu, Hawaii, for a family trip for the period September 1, 2009 through September 6, 2009.

DATED: 8/25/09, ~~2009~~

PATRICIA V. TRUMBULL
MAGISTRATE-JUDGE OF THE
U.S. DISTRICT COURT