JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7158
Facsimile: (415) 436-6982
Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 9/23/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br><br>NAM NGUYEN and<br>JIMMY NGUYEN<br><br>    Defendants. | No.: CR 07-289 RMW<br><br>PARTIES' STIPULATION AND<br>========= ORDER REQUESTING<br>THAT TRIAL DATE BE VACATED<br>AND FURTHER REQUESTING DATE<br>FOR CHANGE OF PLEA(S) |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties are currently scheduled to appear before this court on Thursday September 24, 2009 at 2:00 p.m. for a pre-hearing conference. The trial date is currently set for October 5, 2009.

2. Plea agreements have been reached in these two matters. Accordingly, the parties respectfully request that the aforementioned dates be vacated and that the court select an appropriate date for entry of guilty pleas in these matters.

3. Counsel for defendants Nam Nguyen and Jimmy Nguyen have been contacted by government counsel and agree to this request.

STIPULATION AND ORDER
CR 07-289 RMW

4. The parties request that the court calendar this matter at the court's earliest convenience. Counsel for Nam Nguyen is unavailable during the week of September 21, 2009. Accordingly, the parties request that the matter be scheduled for October 2009 at the court's convenience. The parties stipulate that the time between September 24, 2009 and the date set for entry of guilty pleas, shall be excluded from the period of time within which the speedy trial must commence under the Speedy Trial Act, 18 U.S.C. §3161 et. seq., pursuant to Title 18, United States Code, Section 3161(h)(2)(G), since the court is considering the proposed plea agreements. It is stipulated that the ends of justice outweigh the best interest of the public and defendants in a speedy trial and the denial of the stipulation to continue the status hearing would unreasonably deny the defendants reasonable time necessary for effective preparation of the defense.

SO STIPULATED.

Dated: September 16, 2009                    Respectfully submitted,


/s/ Susan R. Jerich
SUSAN R. JERICH
Assistant United States Attorney


/s/ David C. Johnson, Esq.
Attorney for Nam Nguyen


/s/ Robert E. Carey, Jr., Esq.
Attorney for Jimmy Nguyen


SO ORDERED.                                   _____
                                              Honorable Ronald M. Whyte
DATED: _9/23/09_____

**The Court sets a hearing for possible disposition on October 26, 2009 @ 10:00 am.**

STIPULATION AND ======= ORDER
CR 07-289 RMW

2