ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

*E-FILED - 10/23/09*

Attorneys for Defendant
JIMMY NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-07-00289 RMW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PLEA HEARING AND [] ORDER THEREON |
| vs. | |
| JIMMY NGUYEN, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between SUSAN R. JERICH, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant JIMMY NGUYEN, that the plea hearing currently set for Monday, October 26, 2009, at 10:00 am, be continued to Monday, November 2, 2009, at 10:00 am.  Counsel for defendant is currently scheduled to appear at a trial in Redwood City on October 26, that cannot be rescheduled due to the fact that there are psychiatrists scheduled to testify at this trial.

///

///

///

///

1
STIPULATION TO CONTINUE DISPOSITION HEARING

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | | |
| 3 | DATED: October 23, 2009 | CAREY & CAREY |
| 5 | | /s/ |
| 6 | | ROBERT E. CAREY, JR. Attorneys for Defendant JIMMY NGUYEN |
| 8 | DATED: 10/23, 2009 | UNITED STATES OF AMERICA |
| 10 | | /s/ |
| 11 | | SUSAN R. JERICH, Assistant United States Attorney |

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the plea hearing currently set for October 26, 2009 at 10:00 am be continued to November 2, 2009, at 10:00 am.

DATED: 10/23, 2009

*/s/ Ronald M. Whyte*
HON. RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT