ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
JIMMY NGUYEN

*E-FILED - 2/5/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-07-00289 RMW |
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [] ORDER THEREON |
| vs. | |
| JIMMY NGUYEN, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS COLTHURST, attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., ESQ., counsel for Defendant JIMMY NGUYEN, that the date set for judgment and sentence which is currently set for Monday, February 8, 2010, be continued to Monday, February 22, 2010, at 9:00 am.

Counsel for Mr. NGUYEN has been involved over the past month in preparation for and participation in, a civil trial at Santa Clara County Superior Court, and needs more time to properly prepare for Mr. NGUYEN'S sentencing, including the preparation of his Sentencing Memorandum.

///

///

///

1    In this regard, defense counsel has contacted the probation officer, Mr.

2  Waseem Iqbal, and he has no objection to the continuance.

3    IT IS SO STIPULATED.

4

5  DATED:  February 4, 2010         CAREY & CAREY

6

7                                   _____/s/_____
                                    ROBERT E. CAREY, JR., Attorneys for
8                                   Defendant JIMMY NGUYEN

9

10 DATED:  _____2/4_____, 2010    UNITED STATES OF AMERICA

11

12                                  _____/s/_____
                                    THOMAS COLTHURST
13                                  Assistant U.S. Attorney

14

15

16

17                                  ORDER

18    GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged,

19 and decreed, that the judgment and sentencing of Mr. JIMMY NGUYEN currently

20 set for February 8, 2010, be continued to Monday, February 22, 2010, at

21 9:00 am.

22

23

24

25 DATED:  ___2/5_____, 2010     _____
                                    HON. RONALD M. WHYTE
26                                  U.S. DISTRICT COURT JUDGE

27

28