JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN )
Assistant United States Attorney
  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-5061
  Fax: (408) 535-5066
  E-Mail: tom.colthurst@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 3/3/10*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMY NGUYEN,<br><br>    Defendant. | No. CR 07-00289-RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING SENTENCING HEARING |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for defendant JIMMY NGUYEN in the above-entitled case, currently scheduled for Monday, February 22, 2010, at 9:00 a.m., be continued to Monday, March 8, 2010, at 9:00 a.m. U.S. Probation Officer Waseem Iqbal has been notified of the new proposed hearing date and has no objection.

//

//

//

STIP. AND ORDER CONTINUING SENTENCING HEARING
Case No. CR 07-00289-RMW

It is so stiplated..

Dated: February 18, 2010            /S/
Thomas A. Colthurst
Assistant United States Attorney

Dated: February 18, 2010            /S/
Robert E. Carey, Jr., Esq.
Counsel for Defendant JIMMY NGUYEN

## [ ORDER

Based upon the stipulation of the parties, it is HEREBY ORDERED that the sentencing hearing for defendant JIMMY NGUYEN in the above-entitled case, currently scheduled for Monday, February 22, 2010, at 9:00 a.m., be continued to Monday, March 8, 2010, at 9:00 a.m. .

___3/3/10_____        *Ronald M. Whyte*
DATE                  THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE